Kamran Fattahi (SBN 150343)
Kamran@FattahiLaw.com
LAW OFFICES OF KAMRAN FATTAHI
(a professional corporation)
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Tel: 818-205-0140
Fax: 818-205-0145

Attorneys for Plaintiff,
Dr Kellyann LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR KELLYANN LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BLUEBIRD PROVISIONS INC.;<br>CONNOR MEAKIN; and DOES 1-10,<br>inclusive,<br><br>    Defendants. | Case No. 2:23-cv-01806-VAP-RAOx<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Dr Kellyann LLC ("DKA") and Defendants Bluebird Provisions Inc. and Connor Meakin (collectively "BLUEBIRD / MEAKIN") having reached a complete settlement of their disputes pursuant to a confidential "Settlement Agreement" with an Effective Date of May 19, 2023 through their attorneys of record, hereby stipulate and request as follows:

   1.   All claims and any counterclaims by all parties in this action are dismissed with prejudice.

   2.   Each party shall bear its own costs and attorneys' fees incurred in this action.

3. This Court shall retain exclusive jurisdiction over any action or motion relating to the breach or enforcement of the confidential "Settlement Agreement" between the parties.

Respectfully submitted,

Dated: May 31, 2023

*Kamran Fattahi*
Kamran Fattahi, Esq.
LAW OFFICES OF KAMRAN FATTAHI
Attorneys for Plaintiff, Dr Kellyann LLC

Dated: May 21, 2023

*John Genga*
John M. Genga, Esq.
GENGA & ASSOCIATES, P.C.
Attorneys for Defendants
Bluebird Provisions Inc. and Connor Meakin