Kamran Fattahi (SBN 150343)
Kamran@FattahiLaw.com
LAW OFFICES OF KAMRAN FATTAHI
(a professional corporation)
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Tel: 818-205-0140
Fax: 818-205-0145

Attorneys for Plaintiff,
Dr Kellyann LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR KELLYANN LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BLUEBIRD PROVISIONS INC.; CONNOR MEAKIN; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-01806-VAP-RAOx <br><br> [~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

WHEREAS, Plaintiff Dr Kellyann LLC ("DKA") and Defendants Bluebird Provisions Inc. and Connor Meakin (collectively "BLUEBIRD / MEAKIN") have reached a complete settlement of their disputes pursuant to a confidential "Settlement Agreement" with an Effective Date of May 19, 2023, and finding good cause therefor,

**IT IS HEREBY ORDERED THAT:**

1. All claims and any counterclaims by all parties in this action are dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees incurred in this action.

3. This Court shall retain exclusive jurisdiction over any action or motion relating to the breach or enforcement of the confidential "Settlement Agreement" between the parties.

**IT IS SO ORDERED.**

Dated: 6/6/23

_____
Honorable Virginia A. Phillips
United States District Judge